```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 15198
    GREGORY BROOKS
    VERETTA BROOKS                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
     SSN XXX-XX-5742     SSN XXX-XX-1723


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/13/2008 and was not confirmed.

     The case was dismissed without confirmation 09/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
--------------------------------------------------------------------------------
PRA RECEIVABLES MGMT     UNSEC W/INTER       746.78          .00          .00
AMERICAN HOME MTG        CURRENT MORTG          .00          .00          .00
AMERICAN HOME MTG        MORTGAGE ARRE      7091.07          .00          .00
AMER GEN FIN             SECURED            3969.00          .00          .00
FORD MOTOR CREDIT CORP   SECURED VEHIC      3600.00          .00       134.76
WACHOVIA EQUITY SERVICIN CURRENT MORTG          .00          .00          .00
WACHOVIA EQUITY SERVICIN MORTGAGE ARRE          .00          .00          .00
NIPSCO                   UNSEC W/INTER NOT FILED             .00          .00
PREMIER BANKCARD         UNSEC W/INTER NOT FILED             .00          .00
T MOBILE                 UNSEC W/INTER NOT FILED             .00          .00
CREDIT BUREAU ACCOUNTS   UNSEC W/INTER NOT FILED             .00          .00
CREDIT BUREAU ACCOUNTS   UNSEC W/INTER NOT FILED             .00          .00
COLUMBIA HOUSE DVD       UNSEC W/INTER NOT FILED             .00          .00
FIRST NATIONAL BANK OF M UNSEC W/INTER NOT FILED             .00          .00
NEXTEL COMMUNICATIONS    UNSEC W/INTER NOT FILED             .00          .00
CITY OF LAKE GENEVA      UNSEC W/INTER NOT FILED             .00          .00
BEST BUY                 UNSEC W/INTER NOT FILED             .00          .00
EVERGREEN EMERGENCY SCVS UNSEC W/INTER NOT FILED             .00          .00
RUSH PRESBYTERIAN EMERG  UNSEC W/INTER NOT FILED             .00          .00
MERIDIAN MANAGEMENT SERV UNSEC W/INTER NOT FILED             .00          .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER       349.62          .00          .00
AMERITECH CONSUMER       UNSEC W/INTER NOT FILED             .00          .00
ST MARGARET MERCY HOSPIT UNSEC W/INTER NOT FILED             .00          .00
PROGRESSIVE INSURANCE CO UNSEC W/INTER NOT FILED             .00          .00
NICOR GAS                UNSEC W/INTER NOT FILED             .00          .00
AT&T WIRELESS            UNSEC W/INTER NOT FILED             .00          .00
NU ISLAND PARTNERS       UNSEC W/INTER       464.48          .00          .00
COLLECT AMERICA          UNSEC W/INTER NOT FILED             .00          .00
TCF BANK                 UNSEC W/INTER NOT FILED             .00          .00
LVNV FUNDING             UNSEC W/INTER       133.38          .00          .00
RJM ACQUISITIONS         UNSEC W/INTER       117.08          .00          .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED             .00          .00
UNIVERSITY PATHOLOGIST   UNSEC W/INTER NOT FILED             .00          .00
GMAC                     UNSEC W/INTER      8959.12          .00          .00
WACHOVIA EQUITY SERVICIN MORTGAGE NOTI NOT FILED             .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15198 GREGORY BROOKS & VERETTA BROOKS
```

```
LVNV FUNDING            UNSEC W/INTER    552.07              .00               .00
SECOND START            DEBTOR ATTY    2,960.00                              174.59
TOM VAUGHN              TRUSTEE                                               25.27
DEBTOR REFUND           REFUND                                             1,450.00
```

Summary of Receipts and Disbursements:

------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,784.62

PRIORITY                                           .00
SECURED                                         134.76
UNSECURED                                          .00
ADMINISTRATIVE                                  174.59
TRUSTEE COMPENSATION                             25.27
DEBTOR REFUND                                 1,450.00
                      ---------------       ---------------
TOTALS                 1,784.62               1,784.62

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 08 B 15198 GREGORY BROOKS & VERETTA BROOKS